UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTOPHER MAHONE,

    Plaintiff,

v.                                            Case No. 3:23-cv-1144-MMH-LLL

DUVAL COUNTY JAIL, et al.,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Christopher Mahone, a detainee of the Duval County Jail, filed a pro se document titled "Motion to Seek and Request Protective Custody" (Doc. 1) on September 28, 2023. In the Motion, Mahone asserts correctional staff have a "mafia-like brotherhood" and are not protecting him from harm. Mahone requests to be placed in protective custody.

It appears that Mahone seeks to challenge the conditions of his confinement, but he has failed to properly initiate a civil action in this Court. See Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court."). As Mahone has been previously advised on multiple occasions,[1]

---

[1] See Case Nos.: 3:20-cv-568-BJD-JRK; 3:20-cv-897-TJC-MCR; 3:20-cv-1107-MMH-JBT; 3:20-cv-1245-MMH-PDB; 3:20-cv-1256-BJD-JRK; 3:20-cv-1338-BJD-JBT; 3:20-cv-1357-MMH-MCR; 3:21-cv-160-HES-JBT; 3:21-cv-1113-MMH-LLL; 3:21-cv-1163-

the Court has approved the use of a civil rights complaint form for cases filed by prisoners pursuant to 42 U.S.C. § 1983. See Local Rule 6.04(a) ("A pro se person in custody must use the standard form[.]"). The form requires a plaintiff to include detailed information regarding the defendants a plaintiff intends to sue, the plaintiff's litigation history, a statement of the plaintiff's claims and facts, and the relief the plaintiff requests. Here, Mahone has not filed a complaint, nor has he provided the Court with all of the information required by the civil rights complaint form.

The Court further advises Mahone that courts generally will not interfere with matters of prison administration, including an inmate's custody status or his place of incarceration. See Bell v. Wolfish, 441 U.S. 520, 547-48 (1979) ("[T]he operation of our correctional facilities is peculiarly the province of the Legislative and Executive Branches . . . not the Judicial.").

Accordingly, it is

**ORDERED:**

1. This case is **DISMISSED without prejudice.**

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

---

MMH-JBT; 3:22-cv-367-MMH-LLL; 3:23-cv-374-BJD-PDB; 3:23-cv-411-MMH-MCR.

2

3. The **Clerk** shall send Mahone a civil rights complaint form. If Mahone chooses to refile his claims, he may do so on the enclosed form. He should not put this case number on the form because the Clerk will assign a new case number upon receipt.

**DONE AND ORDERED** in Jacksonville, Florida, this 2nd day of October, 2023.

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

caw 9/29
c:
Christopher Mahone, #2019016201